# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. JAMES, ET AL. (#90000941)

VERSUS

JOSHUA CLARK, ET AL.

CIVIL ACTION

22-604-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Richard L. Bourgeois, Jr., dated October 19, 2022, to which an Objection[2] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the exercise of supplemental jurisdiction over any potential state law claims is declined and this action is dismissed, with prejudice, for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana the 30th day of November, 2022.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 8.